# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Student A, individually and on behalf of all others similarly sit
_____
Plaintiff(s)

V.

Liberty University, Inc., dba Liberty University
_____
Defendant(s)

Civil Action No.: 6:20cv23
_____

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY.  DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES.  COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Liberty University, Inc.                               who is        Defendant
_____                           _____
(Name of party you represent)                                   (Plaintiff/Defendant)

makes the following disclosure:

1.  Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes      ☒ No

2.  Does the party have any parent corporations?
   ☐ Yes      ☒ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

3.  Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ Yes      ☒ No

   If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes      ☒ No
   If yes, identify all such owners:

5.  Is the party a trade association?
   ☐ Yes      ☒ No
   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

/s/ Harold E. Johnson, Esq.                          April 28, 2020
_____            _____
          (Signature)                                               (Date)