IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| STUDENT A, STUDENT B, STUDENT C, and STUDENT D, individually and on behalf of all others similarly, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 6:20-cv-00023-NKM ) |
| LIBERTY UNIVERSITY, INC., d/b/a/ LIBERTY UNIVERSITY, | ) ) ) ) |
| Defendant. | ) |

## DEFENDANT LIBERTY UNIVERSITY, INC., d/b/a LIBERTY UNIVERSITY'S MOTION TO DISMISS

Defendant Liberty University, Inc., d/b/a Liberty University ("Liberty" or the "University"), by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the First Amended Complaint (ECF No. 17) filed by anonymous Plaintiffs Student A, Student B, Student C, and Student D, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") for failure to state a claim upon which relief can be granted. Plaintiffs' claims lack the necessary factual allegations plausibly suggesting that the University committed any wrongdoing causing Plaintiffs' alleged injuries. As such, and pursuant to the Supreme Court's decisions in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007), Plaintiffs' factual allegations, even when accepted as true, are insufficient to state a claim for relief that is plausible on its face.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Liberty respectfully requests that the Court grant its Motion to Dismiss, dismiss Plaintiffs' First

Amended Complaint with prejudice, and award Liberty its costs and such further relief that the Court deems proper.

        Respectfully submitted,

        **LIBERTY UNIVERSITY, INC.,**
        **d/b/a LIBERTY UNIVERSITY**

        By:  <u>/s/Turner A. Broughton</u>
        Turner A. Broughton, Esquire (VSB #42627)
        Harold E. Johnson, Esquire (VSB #65591)
        Amanda H. Bird, Esquire (VSB #92110)
        Williams Mullen
        200 South 10th Street, Suite 1600
        Richmond, VA  23218
        Telephone: (804) 420-6000
        Facsimile: (804) 420-6507
        tbroughton@williamsmullen.com
        hjohnson@williamsmullen.com

        Benjamin G. Chew, Esquire (VSB # 29113)
        Michael Bowe (*pro hac vice* pending)
        Michael Winograd (*pro hac vice* pending)
        Jessica N. Meyers (*pro hac vice* pending)
        Brown Rudnick LLP
        7 Times Square
        New York, New York 10036
        Telephone: (212) 209-4800
        Facsimile: (212) 209-4801
        bchew@brownrudnick.com
        mbowe@brownrudnick.com
        mwinograd@brownrudnick.com
        jmeyers@brownrudnick.com
        *Counsel for Defendant Liberty University, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 15, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>E. Kyle McNew
>J. Gregory Webb
>Lisa S. Brook
>**MICHIEHAMLETT**
>310 4th Street, NE
>Charlottesville, Virginia 22902
>Tel.: 434-951-7231
>kmcnew@michiehamlett.com
>gwebb@michiehamlett.com
>lbrook@michiehamlett.com
>
>Adam J. Levitt Amy E.
>Keller Laura E. Reasons
>DICELLO LEVITT GUTZLER LLC
>Ten North Dearborn Street, Sixth Floor
>Chicago, Illinois 60602
>Tel.: 312-214-7900
>alevitt@dicellolevitt.com
>akeller@dicellolevitt.com
>lreasons@dicellolevitt.com
>
>Matthew S. Miller
>MATTHEW S. MILLER LLC
>77 West Wacker Drive, Suite 4500
>Chicago, Illinois 60601
>Tel.: 312-741-1085
>mmiller@msmillerlaw.com

>By: /s/Turner A. Broughton
>Turner A. Broughton, Esquire (VSB #42627)
>Harold E. Johnson, Esquire (VSB #65591)
>Amanda H. Bird, Esquire (VSB #92110)
>Williams Mullen
>200 South 10th Street, Suite 1600
>Richmond, VA  23218
>Telephone: (804) 420-6000
>Facsimile: (804) 420-6507
>tbroughton@williamsmullen.com
>hjohnson@williamsmullen.com
>abird@williamsmullen.com