# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| **STUDENT A**, **STUDENT B**, **STUDENT C**, **and STUDENT D**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LIBERTY UNIVERSITY, INC., d/b/a LIBERTY UNIVERSITY**,<br><br>Defendant. | **Case No. 6:20-cv-00023-NKM**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S MOTION TO DISMISS

COME NOW the Plaintiffs, by counsel, and submit *Milanov v. University of Michigan, et al*, Case No. 20-000056-MK, 2020 Mich. Ct. Cl. LEXIS 1 (Mich. Ct. Cl. July 27, 2020), attached hereto as Exhibit 1, as supplemental authority in relation to Defendant's Motion to Dismiss (Dkt. No. 23). The *Milanov* plaintiffs sued the University of Michigan for breach of contract and unjust enrichment due to the University's refusal to give prorated refunds as part of its response to the COVID-19 pandemic. Notably, those plaintiffs sought relief based on tuition, room and board, and miscellaneous fees, whereas the Plaintiffs here only seek relief based on room and board and miscellaneous fees. The defendants sought dismissal on many of the same grounds asserted by the Defendant here. The trial court denied the University's motion to dismiss. Plaintiffs respectfully suggest that this decision supports their position, especially as to Liberty's request for dismissal of Count I (breach of contract) and Count II (unjust enrichment).

Respectfully submitted,

s/ E. Kyle McNew
E. Kyle McNew (VSB No. 73210)
J. Gregory Webb (VSB No. 38157)
Lisa S. Brook (VSB No. 35661)
**MICHIEHAMLETT**
310 4th Street, NE
P.O. Box 298
Charlottesville, Virginia 22902
Tel.: 434-951-7231
Fax: 434-951-7254
kmcnew@michiehamlett.com
gwebb@michiehamlett.com
lbrook@michiehamlett.com

Adam J. Levitt*
Amy E. Keller*
Laura E. Reasons*
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: 312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
lreasons@dicellolevitt.com

Matthew S. Miller*
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
Tel.: 312-741-1085
mmiller@msmillerlaw.com

*Admitted Pro Hac Vice*

***Counsel for Plaintiffs and the Proposed Class***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Supplemental Authority was filed on August 17, 2020, using the Court's CM/ECF electronic filing system, which will cause a of notice of such filing to be sent to all counsel of record.

      /s/ E. Kyle McNew