# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| **STUDENT A**, **STUDENT B**, **STUDENT C**, **and STUDENT D**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **LIBERTY UNIVERSITY, INC., d/b/a LIBERTY UNIVERSITY**, <br><br> Defendant. | Case No. 6:20-cv-00023-NKM <br><br> **ORAL ARGUMENT REQUESTED** |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

Plaintiffs Student A, Student B, Student C, and Student D (collectively, "Plaintiffs"), hereby move the Court, pursuant to Rules 23(a), 23(b)(2), 23(b)(3), and/or Rule 23(c)(4) of the Federal Rules of Civil Procedure, for an Order certifying a class defined as:

> All students who paid fees (including but not limited to campus fees, room, board, parking, and other fees as broadly defined herein) in connection with enrollment in live, on-campus classes at Liberty University for the Spring 2020 semester.

(FAC, Dkt. No. 17 ¶ 60) and appointing the named Plaintiffs as Class Representatives. Plaintiffs also move, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, for the appointment of MichieHamlett PLLC; DiCello Levitt Gutzler LLC; and Matthew S. Miller LLC, as Class Counsel.

In support of their motion, Plaintiffs submit their contemporaneously-filed Memorandum of Law, which demonstrates that (1) the proposed Class is so numerous that joinder of all class members is impracticable; (2) there are questions of law or fact common to the Class; (3) Plaintiffs' claims are typical of the claims of the other members of the proposed Class they seek to represent;

(4) Plaintiffs and their counsel will fairly and adequately protect the interests of the proposed Class; (5) the questions of law or fact common to the members of the proposed Class predominate over any questions affecting only individual Class members; and (6) class treatment is superior to other available methods for fairly and efficiently adjudicating the controversy.

WHEREFORE, Plaintiffs respectfully request that the Court issue an Order (i) certifying the proposed Class pursuant to Rule 23(b)(2), 23(b)(3), and/or Rule 23(c)(4) of the Federal Rules of Civil Procedure, (ii) appointing the named Plaintiffs as Class Representatives, and (iii) appointing the undersigned counsel as Class Counsel, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

Dated:  September 18, 2020

Respectfully submitted,

/s/ *E. Kyle McNew*
E. Kyle McNew (VSB No. 73210)
J. Gregory Webb (VSB No. 38157)
Lisa S. Brook (VSB No. 35661)
**MICHIEHAMLETT**
310 4th Street, NE
P.O. Box 298
Charlottesville, Virginia  22902
Tel.:  434-951-7231
Fax:  434-951-7254
kmcnew@michiehamlett.com
gwebb@michiehamlett.com
lbrook@michiehamlett.com

Adam J. Levitt*
Amy E. Keller*
Laura E. Reasons*
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel.:  312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
lreasons@dicellolevitt.com

Matthew S. Miller*
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois  60601
Tel.:  312-741-1085
mmiller@msmillerlaw.com

*Admitted Pro Hac Vice

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the Court's CM/ECF electronic filing system on September 18, 2020, which will cause a notice of such filing to all counsel of record.

/s/ *E. Kyle McNew*