CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/21/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | |
|---|---|
| **Student A, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | Civil Action No.: 6:20-cv-00023 |
| ) | |
| **v.** ) | |
| ) | |
| **Liberty University, Inc.,** ) | **By: Hon. Robert S. Ballou** |
| ) | **United States Magistrate Judge** |
| **Defendant.** ) | |

## ORDER

This matter is before the court on Defendant's Motion to Stay Proceedings. Dkt. 45. Defendant requests that the court stay proceedings pending resolution of its Motion to Dismiss, Dkt. 21, and Motion to Strike, or in the Alternative, Motion for a More Definite Statement, Dkt. 19. The court held a conference call in this matter on October 16, 2020. For the reasons stated at the October 16 conference call, it is hereby **ORDERED** that Defendant's motion to stay proceedings (Dkt. 45) is **GRANTED in part**. All briefing on class certification is hereby **STAYED** pending a ruling on the motion to dismiss. The parties may engage in written discovery upon the entry of an agreed protective order. The court will hold a status conference on December 2, 2020 at 4:00 p.m. Separate call-in instructions will be provided in the future.

It is so **ORDERED**.

Entered:  October 21, 2020

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge