# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| **STUDENT A**, **STUDENT C**, and **STUDENT D**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LIBERTY UNIVERSITY, INC., d/b/a LIBERTY UNIVERSITY**,<br><br>Defendant. | Case No. 6:20-cv-00023-NKM<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF STUDENT B'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Student B, by counsel, hereby provides notice to this Court of the dismissal without prejudice as to Student B only in this action. Student B has not previously dismissed any federal or state action based on or including the same claims as asserted in the subject action. Plaintiff B states that no answer or summary judgment motion has been filed by the defendant in this matter.

This notice applies only to the claims asserted by Student B; this matter shall remain pending as to Students A, C, and D.

Dated:  November 17, 2020

Respectfully submitted,

s/ Lisa S. Brook_____
E. Kyle McNew (VSB No. 73210)
J. Gregory Webb (VSB No. 38157)
Lisa S. Brook (VSB No. 35661)
**MICHIEHAMLETT**
310 4th Street, NE
P.O. Box 298
Charlottesville, Virginia  22902
Tel.:  434-951-7231
Fax:  434-951-7254

{00693740-1 }

kmcnew@michiehamlett.com
gwebb@michiehamlett.com
lbrook@michiehamlett.com

Adam J. Levitt*
Amy E. Keller*
Laura E. Reasons*
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel.:  312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
lreasons@dicellolevitt.com

Matthew S. Miller*
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois  60601
Tel.:  312-741-1085
mmiller@msmillerlaw.com

**Admitted Pro Hac Vice*

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed using the Court's CM/ECF electronic filing system on November 17, 2020, which will cause a notice of such filing to all counsel of record.

          /s/ Lisa S. Brook