# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Student A, et al.**

vs.

**Liberty University, Inc.**

Action No:   6:20cv00023
Date:   November 18, 2020
Judge:   Norman K. Moon
Court Reporter:   JoRita Meyer
Deputy Clerk:   Arlene Little

Plaintiff Attorney(s)
Adam J. Levitt
Amy E. Keller
Edward K. McNew
John G. Webb
Laura E. Reasons
Lisa S. Brook
Matthew S. Miller

Defendant Attorney(s)
Benjamin G. Chew
Harold E. Johnson
Jessica N. Meyers
Michael Winograd
Turner A. Broughton
Amanda H. Bird

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1

DEFENDANT:

1.

PROCEEDINGS:
Telephonic Hearing on #19 Motion to Strike or, in the Alternative, Motion for a More Definite Statement and #23 Corrected Motion to Dismiss for Failure to State a Claim.    Arguments heard.   Order forthcoming.   Parties were present by telephone.

Time in Court:   11:04 a.m.-12:50 p.m. (1 hour, 46 minutes)