UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| **STUDENT A**, **STUDENT C, and STUDENT D**, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>       v.<br><br>**LIBERTY UNIVERSITY, INC., d/b/a LIBERTY UNIVERSITY**,<br><br>    Defendant. | **Case No. 6:20-cv-00023-NKM**<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs Student A, Student C, and Student D (collectively, "Plaintiffs"), hereby provide notice of supplemental authority of an opinion relative to this Court's consideration of Defendant's Motion to Dismiss (Dkt. No. 23). The ruling, which is attached hereto, denies a motion to dismiss similar claims:

Exhibit A - *Spiegel v. The Trustees of Indiana University*, 53C06-2005-CT-000771 (Monroe Cir. Ct. Civil Div. Nov. 19, 2020) (denying defendant's motion to dismiss plaintiff's class action claims for breach of contract and unjust enrichment).

Dated:  November 20, 2020                Respectfully submitted,

                                         /s/ *Lisa S. Brook*_____
                                         E. Kyle McNew (VSB No. 73210)
                                         J. Gregory Webb (VSB No. 38157)
                                         Lisa S. Brook (VSB No. 35661)
                                       **MICHIEHAMLETT**
                                       310 4th Street, NE
                                       P.O. Box 298
                                       Charlottesville, Virginia  22902
                                       Tel.:  434-951-7231

Fax:  434-951-7254
kmcnew@michiehamlett.com
gwebb@michiehamlett.com
lbrook@michiehamlett.com


Adam J. Levitt*
Amy E. Keller*
Laura E. Reasons*
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel.:  312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
lreasons@dicellolevitt.com


Matthew S. Miller*
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois  60601
Tel.:  312-741-1085
mmiller@msmillerlaw.com

*Admitted Pro Hac Vice*

**Counsel for Plaintiffs and the Proposed Class**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was filed using the Court's CM/ECF electronic filing system on November 20, 2020, which will cause a notice of such filing to all counsel of record.

_____/s/ _Lisa S. Brook_____