CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/5/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **Student A, et al.,** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | Civil Action No. 6:20-cv-00023 |
| ) | |
| **Liberty University, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons discussed at the telephone status conference, it is **ORDERED** that the stay entered in this case (Dkts. 52, 63), be **CONTINUED** and that this case shall remain **STAYED** through April 15, 2021. During the stay, the parties may engage in written discovery and briefing on class certification. Defendant may also depose Plaintiffs regarding class certification. The court will hold a status conference on April 15, 2021 at 8:30 a.m. Separate call-in instructions will be provided.

It is so **ORDERED**.

Entered:  February 5, 2021

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge