# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| **STUDENT A**, **STUDENT C**, **and STUDENT D**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LIBERTY UNIVERSITY, INC., d/b/a LIBERTY UNIVERSITY**,<br><br>Defendant. | **Case No. 6:20-cv-00023-NKM**<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs Student A, Student C, and Student D (collectively, "Plaintiffs"), hereby provide notice of supplemental authority of an opinion relative to this Court's consideration of Defendant's Motion to Dismiss (Dkt. No. 23). The ruling, which is attached hereto, denies a motion to dismiss similar claims:

Exhibit A – *Metzner, et al. v. Quinnipiac Univ.*, No. 3:20-cv-00784-KAD (Dist. Conn. Mar. 25, 2021) (denying defendant's motion to dismiss student plaintiffs' class action claims for breach of contract and unjust enrichment).

Dated: March 29, 2021

Respectfully submitted,

/s/ *Lisa S. Brook*
E. Kyle McNew (VSB No. 73210)
J. Gregory Webb (VSB No. 38157)
Lisa S. Brook (VSB No. 35661)
**MICHIEHAMLETT**
310 4th Street, NE
P.O. Box 298
Charlottesville, Virginia  22902
Tel.: 434-951-7231
Fax: 434-951-7254
kmcnew@michiehamlett.com
gwebb@michiehamlett.com
lbrook@michiehamlett.com

{00804734-1 }

Adam J. Levitt*
Amy E. Keller*
Laura E. Reasons*
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel.:  312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
lreasons@dicellolevitt.com


Matthew S. Miller*
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois  60601
Tel.:  312-741-1085
mmiller@msmillerlaw.com

*Admitted Pro Hac Vice*

***Counsel for Plaintiffs and the Proposed Class***

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was filed using the Court's CM/ECF electronic filing system on March 29, 2021, which will cause a notice of such filing to all counsel of record.

                 /s/ *Lisa S. Brook*