IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| STUDENT A, STUDENT C, and STUDENT D, individually and on behalf of all others similarly,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>LIBERTY UNIVERSITY, INC., d/b/a/ LIBERTY UNIVERSITY,  )<br><br>Defendant.  ) | Case No. 6:20-cv-00023-NKM |

**LIBERTY UNIVERSITY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant Liberty University, Inc., d/b/a Liberty University, by counsel, hereby provides notice of supplemental authority from the District Court for the Southern District of New York, attached as **Exhibit A**, in support if its Opposition (ECF No. 89) to the Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. 42).

Respectfully submitted,

**LIBERTY UNIVERSITY, INC.,
d/b/a LIBERTY UNIVERSITY**

By:  /s/Turner A. Broughton
Turner A. Broughton, Esquire (VSB #42627)
Harold E. Johnson, Esquire (VSB #65591)
Amanda H. Bird-Johnson, Esquire (VSB #92110)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA  23218
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
tbroughton@williamsmullen.com
hjohnson@williamsmullen.com
abird-johnson@williamsmullen.com
*Counsel for Defendant Liberty University, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 5, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

E. Kyle McNew
J. Gregory Webb
Lisa S. Brook
**MICHIEHAMLETT**
310 4th Street, NE
Charlottesville, Virginia 22902
Tel.: 434-951-7231
kmcnew@michiehamlett.com
gwebb@michiehamlett.com
lbrook@michiehamlett.com

Adam J. Levitt
Amy E. Keller
Laura E. Reasons
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: 312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
lreasons@dicellolevitt.com


Matthew S. Miller
MATTHEW S. MILLER LLC
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
Tel.: 312-741-1085
mmiller@msmillerlaw.com

                         By:   /s/Turner A. Broughton
                         Turner A. Broughton, Esquire (VSB #42627)
                         Harold E. Johnson, Esquire (VSB #65591)
                         Amanda H. Bird-Johnson, Esquire (VSB #92110)

                                           Williams Mullen  
                                           200 South 10th Street, Suite 1600  
                                           Richmond, VA  23218  
                                           Telephone: (804) 420-6000  
                                           Facsimile: (804) 420-6507  
                                           tbroughton@williamsmullen.com  
                                           hjohnson@williamsmullen.com  
                                           abird-johnson@williamsmullen.com