# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| STUDENT A, STUDENT C, AND STUDENT D, individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>LIBERTY UNIVERSITY, INC. d/b/a LIBERTY UNIVERSITY, )<br><br>Defendant. ) | Case No. 6:20-cv-0023-NKM<br><br>Plaintiffs' Notice of Filing Supplemental Exhibit |

## PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL EXHIBIT

NOW COME Plaintiffs Student A, Student C, and Student D (collectively, "Plaintiffs"), and hereby provide Plaintiffs' Notice of Filing of a copy of the publicly available complaint, with exhibits, that was filed by Liberty University in The Circuit Court for the City of Lynchburg, Virginia, against Jerry L. Falwell, Jr. This complaint was referenced in the submissions and hearing with respect to Defendant's Motion to Quash or, in the Alternative, for Protective Order Limiting Deposition Examination (Docket No. 158).

*Dated: January 24, 2023*          Respectfully submitted,

                                   s/ Laure E. Reasons

                                   Adam J. Levitt*
                                   Amy E. Keller*
                                   Laura E. Reasons*
                                   **DICELLO LEVITT LLC**
                                   Ten North Dearborn Street, Sixth Floor
                                   Chicago, Illinois 60602
                                   Tel.: 312-214-7900
                                   alevitt@dicellolevitt.com
                                   akeller@dicellolevitt.com
                                   lreasons@dicellolevitt.com

Matthew S. Miller*
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
Tel.: 312-741-1085
mmiller@msmillerlaw.com

Peter C. Soldato*
**DICELLO LEVITT LLC**
Western Reserve Law Building
7556 Mentor Avenue
Mentor, Ohio 44060
Tel.: 440-953-8888
psoldato@dicellolevitt.com

Lisa S. Brook (VSB No. 35661)
**GOOD COUNSEL GROUP PLC**
600 TwentyNinth Place Court No. 1017
Charlottesville, Virginia 22901
Tel.: 434-933-2334
lsbrook@goodcounsel.group

* *Admitted Pro Hac Vice*

*Counsel for Plaintiffs and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed using the Court's CM/ECF electronic filing system on January 24, 2023, which will cause a notice of such filing to be electronically delivered to all counsel of record.

/s/ Laura E. Reasons