CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/10/2023
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| STUDENT A, STUDENT C, and STUDENT D, individually and on behalf of others similarly situated, | |
| | Case No.: 6:20-cv-00023 |
| *Plaintiffs*, | |
| v. | ORDER |
| LIBERTY UNIVERSITY, INC., d/b/a, LIBERTY UNIVERSITY, | Judge Norman K. Moon |
| *Defendant*. | |

This matter is before the Court on Plaintiffs' Motion for Class Certification. Dkt. 42. For the reasons set forth in the accompanying Memorandum Opinion issued this day, the Plaintiffs' Motion will be and hereby is **DENIED**. Further, for the reasons set forth in the Memorandum Opinion, this action will be and hereby is **DISMISSED**.

The Clerk of Court is directed to strike this case from the Court's active docket.

It is so **ORDERED**.

Entered this 10th day of October, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE